No. 86–1169.  ROSANO v. UNITED STATES ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 86–1173.  ELIAS v. ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION.  Sup. Ct. Ill.  Certiorari denied.

No. 86–1203.  PITTS v. COMMISSIONER OF PATENTS AND TRADEMARKS.  C. A. Fed. Cir.  Certiorari denied.

No. 86–1212.  WHITEHEAD v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–1241.  RUDELL ET AL. v. COMPREHENSIVE ACCOUNTING CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 86–1244.  GOLDEN v. DUPNIK, SHERIFF, PIMA COUNTY, ARIZONA (ARIZONA, REAL PARTY IN INTEREST).  Ct. App. Ariz.  Certiorari denied.

No. 86–1249.  KARLIN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 86–1254.  SAUSSY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 86–1264.  MAULL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 86–1268.  STELLY ET UX. v. COMMISSIONER OF INTERNAL REVENUE (two cases).  C. A. 5th Cir.  Certiorari denied.

No. 86–1275.  DICKIE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 86–5579.  LOGAN v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 86–5827.  BUENO-HERNANDEZ v. WYOMING.  Sup. Ct. Wyo.  Certiorari denied.

No. 86–5861.  MUNGO v. DREWES ET AL.  C. A. 4th Cir.  Certiorari denied.